PARSONS BEHLE & LATIMER
Laurence B. Irwin, Esq., Nevada Bar No. 5024
Zachary S. Shea, Esq., Nevada Bar No. 15094
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: (775) 323.1601
Facsimile: (775) 348.7250
LIrwin@parsonsbehle.com
ZShea@parsonsbehle.com

*Attorneys for Nevada Gold Mines, LLC and Barrick Gold of North America, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIC DUARTE,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA GOLD MINES, LLC, a foreign Limited-Liability Company; and BARRICK GOLD OF NORTH AMERICA, INC., a foreign corporation d.b.a. Nevada Gold Mines,<br><br>Defendants. | Case No.  3:21-cv-00070-HDM-WGC<br><br>ORDER GRANTING<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME**<br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff, Eric Duarte, by and through his counsel of record, and Defendants Nevada Gold Mines, LLC and Barrick Gold of North America, Inc., by and through their counsel of record, that Defendants may have up to and including Monday, March 29, 2021 to file a responsive pleading to Plaintiff's Complaint in the above-entitled matter. This Stipulation is made with good cause and brought in good faith.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

4823-8197-8846.v1

| | |
|---|---|
| DATED: March 3, 2021. | DATED: March 3, 2021. |
| THE GEDDES LAW FIRM, P.C. | PARSONS BEHLE AND LATIMER |
|   /s/ William J. Geddes |   /s/ Laurence B. Irwin |
| ***With attorney's permission via email*** | Laurence B. Irwin, Esq., NV Bar No. 5024 |
| William J. Geddes, Esq. | Zachary S. Shea, Esq., NV Bar No. 15094 |
| Kristen R. Geddes, Esq. | 50 W. Liberty Street, Suite 750 |
| 1575 Delucchi Lane, Suite 206 | Reno, NV 89501 |
| Reno, Neva 89802 | Telephone: 775-323-1601 |
| Will@TheGeddesLawFirm.com | Facsimile: 775-348-7250 |
| Kristen@TheGeddesLawFirm.com | LIrwin@parsonsbehle.com |
| | ZShea@parsonsbehle.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

   The stipulation of the parties (ECF No. 5) is GRANTED.

IT IS SO ORDERED.

DATED: March 3, 2021

_____
UNITED STATES DISTRICT JUDGE

4823-8197-8846.v1