ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
SANDRA KETNER, Esq.
Nevada Bar No. 8527
SKetner@SHJNevada.com
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada 89509
Telephone: (775) 785-0088

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERIC DUARTE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA GOLD MINES, LLC, a foreign Limited-Liability Company; and BARRICK GOLD OF NORTH AMERICA, INC., a foreign corporation d.b.a. Nevada Gold Mines,<br><br>Defendant. | CASE NO.: 3:21-cv-00070-HDM-WGC<br><br>**MOTION FOR SUBSTITUTION OF COUNSEL** |

I, Hiliary N. Wilson, Esq., General Counsel of Defendant Nevada Gold Mines, LLC ("NGM") hereby request that Simons Hall Johnson PC, by and through Anthony L. Hall, Esq. and Sandra Ketner, Esq., be substituted as the law firm of record in this case on behalf of NGM in the place and stead of Laurence B. Irwin, Esq. and Zachary S. Shea, Esq. of the law firm of Parsons Behle & Latimer.

DATED this 24 day of May, 2021.

*/s/ Hiliary N. Wilson*
HILIARY N. WILSON
General Counsel
Nevada Gold Mines, LLC

I, Michael R. McCarthy, Esq., General Counsel of Defendant Barrick Gold of North America, Inc. ("Barrick") hereby request that Simons Hall Johnson PC, by and through Anthony L. Hall, Esq. and Sandra Ketner, Esq., be substituted as the law firm of record in this case on behalf of Barrick in the place and stead of Laurence B. Irwin, Esq. and Zachary S. Shea, Esq. of the law firm of Parsons Behle & Latimer.

DATED this 24 day of May, 2021.

_____
MICHAEL R. McCARTHY
General Counsel
Barrick Gold of North America, Inc.

I, Laurence B. Irwin, Esq., hereby agree and request that the law firm of Simons Hall Johnson PC, by and through Anthony L. Hall, Esq. and Sandra Ketner, Esq., shall be substituted as the law firm of record in this case for NGM in the place and stead of myself and Zachary S. Shea, Esq. of the law firm of Parsons Behle & Latimer.

DATED this ___ day of May, 2021.


_____
LAURENCE B. IRWIN
Parsons Behle & Latimer

I, Anthony L. Hall, Esq. hereby agree that Simons Hall Johnston PC, by and through myself and Sandra Ketner, Esq., will be substituted as the law firm of record for NGM in the place and stead of Laurence B. Irwin, Esq. and Zachary S. Shea, Esq. of the law firm of Parsons Behle & Latimer.

DATED this 25th day of May, 2021.

_____
ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada 89509
Telephone: (775) 785-0088

SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, NV 89509
Phone: (775) 785-0088

1  I, Michael R. McCarthy, Esq., General Counsel of Defendant Barrick Gold of North
2  America, Inc. ("Barrick") hereby request that Simons Hall Johnson PC, by and through Anthony L.
3  Hall, Esq. and Sandra Ketner, Esq., be substituted as the law firm of record in this case on behalf of
4  Barrick in the place and stead of Laurence B. Irwin, Esq. and Zachary S. Shea, Esq. of the law firm
5  of Parsons Behle & Latimer.

6  DATED this ___ day of May, 2021.

MICHAEL R. McCARTHY
General Counsel
Barrick Gold of North America, Inc.

11  I, Laurence B. Irwin, Esq., hereby agree and request that the law firm of Simons Hall
12  Johnson PC, by and through Anthony L. Hall, Esq. and Sandra Ketner, Esq., shall be substituted as
13  the law firm of record in this case for NGM in the place and stead of myself and Zachary S. Shea,
14  Esq. of the law firm of Parsons Behle & Latimer.

DATED this 24th day of May, 2021.

LAURENCE B. IRWIN
Parsons Behle & Latimer

I, Anthony L. Hall, Esq. hereby agree that Simons Hall Johnston PC, by and through myself
and Sandra Ketner, Esq., will be substituted as the law firm of record for NGM in the place and stead
of Laurence B. Irwin, Esq. and Zachary S. Shea, Esq. of the law firm of Parsons Behle & Latimer.

DATED this ___ day of May, 2021.

ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada 89509
Telephone: (775) 785-0088

IT IS SO ORDERED:

Dated: May 26, 2021

_____William G. Cobb_____
UNITED STATES MAGISTRATE JUDGE