**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIC DUARTE, | 3:21-cv-00070-HDM-CSD |
| Plaintiff, | |
| v. | **ORDER** |
| NEVADA GOLD MINES, LLC, a foreign limited-liability company, and BARRICK GOLD OF NORTH AMERICA, INC., a foreign corporation dba Nevada Gold Mines, | Re:  ECF No. 37 |
| Defendants. | |

Before the court is Plaintiff's Motion Regarding Discovery Dispute (ECF No. 37).

Pursuant to the court's Civil Standing Order (ECF No. 27), Defendants shall file a response on or before close of business on **Thursday, November 17, 2022**.  The response shall be limited to 5 pages in length.

**IT IS SO ORDERED.**

DATED:  November 16, 2022.

_____

UNITED STATES MAGISTRATE JUDGE