**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIC DUARTE, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>NEVADA GOLD MINES, LLC, a foreign Limited-Liability Company; and BARRICK GOLD OF NORTH AMERICA, INC, a foreign corporation d.b.a. Nevada Gold Mines,<br><br>　　　　　　　　Defendants. | CASE NO:  3:21-cv-00070-HDM-CSD<br><br>ORDER GRANTING<br><br>**STIPULATION and [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff and Defendants hereby stipulate to the dismissal of the above captioned action, including all claims asserted therein, with prejudice, with each party to bear each of their own costs and attorneys' fees, and that no party will be considered a prevailing party in relation to this matter.

Dated this 10th day of January 2023.

SIMONS HALL JOHNSTON PC

By:　*Electronic Signature Authorized*

　　　*/s/ Jonathon McGuire, Esq.*
Anthony L. Hall, Esq.
Jonathan A. McGuire, Esq.
SIMONS HALL JOHNSTON PC
690 Sierra Rose Dr.
Reno, NV 89511
AHall@SHJNevada.com
JMcGuire@SHJNevada.com
*Attorneys for Defendants*

Dated this 10th day of January 2023.

THE GEDDES LAW FIRM, P.C.

*[signature]*

WILLIAM J. GEDDES, ESQ.
Nevada Bar Number 6984
will@thegeddeslawfirm.com
1575 Delucchi Lane, Suite 206
Reno, Nevada 89502
(775) 853-9455
*Attorney for Plaintiff Eric Duarte*

**ORDER**

Pursuant to the stipulation of the parties (ECF No. 47), this action is DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorney's fees.

Dated: January 11, 2023                    IT IS SO ORDERED

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE